# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 18, 2018

Stephen J. Markman,
Chief Justice

154494(70)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

GARY MICHAEL TRAVER,
      Defendant-Appellee.

SC: 154494
COA: 325883
Mackinac CC: 2012-003474-FH

_____/

      On order of the Chief Justice, the motion of defendant-appellee for a 30-day extension for the trial court to conduct an evidentiary hearing and provide written findings of facts, as directed by this Court in its December 15, 2017 order, is GRANTED. The written findings of fact shall be submitted to the Court on or before March 12, 2018.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 18, 2018



Clerk